# UNITED STATES DISTRICT COURT

Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 28 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DWAIN ALAN WOODS | |

Case No. 4:98cr00185-05 JMM

USM No. 21957-009

Chris Tarver
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General and Std 9  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime | 07/16/2011 |
| Standard 9 | Failure to refrain from association with convicted felon | 07/16/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3170

Defendant's Year of Birth: 1957

City and State of Defendant's Residence:
Dumas, Arkansas

09/26/2011
Date of Imposition of Judgment

_(signature)_
Signature of Judge

James M. Moody                    US District Judge
Name and Title of Judge

09/28/2011
Date

DEFENDANT: DWAIN ALAN WOODS
CASE NUMBER: 4:98cr00185-05 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SIX (6) MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall serve his term of imprisonment at Forrest City, Arkansas.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL